# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1652

_____

Randy Dodds; Colleen Dodds,     *
    *
         Appellees,     *     Appeal from the United States
    *     District Court for the District
    v.     *     of Nebraska.
    *
Farmland Industries, Inc.,     *        [UNPUBLISHED]
    *
         Appellants.     *

_____

Submitted: December 13, 1999

Filed: February 10, 2000

_____

Before MURPHY, JOHN R. GIBSON, and FAGG, Circuit Judges.

_____

PER CURIAM.

Raising a shotgun array of contentions, Farmland Industries, Inc. (Farmland) appeals from the adverse decisions of the jury and the district judge in Randy and Colleen Dodds's diversity action against Farmland for its negligent advice about dairy feed which caused damage to the Doddses' commercial dairy herd. We review the issues raised by Farmland under well-established standards. Because this is a diversity case, we review de novo questions of state law. Having considered the record and the parties' briefs in the context of Farmland's contentions, we reject Farmland's allegations of reversible error. We are satisfied the district court correctly applied the controlling

legal principles and the record supports the jury's verdict.  We also conclude a comprehensive opinion in this diversity case would lack precedential value.  We thus affirm the judgment of the district court without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.